In the Matter of the Claim of ARMOUND WILLIAMS, Respondent, v. L & J PAINTING CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ., concur.